NO. 07-02-0236-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 10, 2003

______________________________

BARRY D. YOUNG, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE COUNTY COURT AT LAW NO. 1 OF LUBBOCK COUNTY;

NO. 2001-475909; HONORABLE LARRY B. “RUSTY” LADD, JUDGE

_______________________________

Before REAVIS and CAMPBELL, JJ., and BOYD, S.J.
(footnote: 1)
 Appellant Barry D. Young was convicted of driving while intoxicated, second offense.  The trial jury assessed his punishment at confinement in the Lubbock County Jail for 365 days and a $1,000 fine.  He timely perfected an appeal from his conviction.

On February 24, 2001, we received appellant’s motion to withdraw and dismiss his appeal.  His attorney joined in that motion.  Because appellant’s motion meets all the requirements of Texas Rule of Appellate Procedure 42.2(a) and because this court has not delivered its decision before receiving appellant’s motion, the motion must be, and is hereby, granted.

Having dismissed the appeal at appellant’s request, no motions for rehearing will be entertained, and our mandate will issue forthwith. 

John T. Boyd

Senior Justice

Do not publish.

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).